1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYB 4294443)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 436-7296
8       Facsimile:      (415) 436-7234
        Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,              )   No. CR 10-0157 MMC
                                          )
17         Plaintiff,                     )   STIPULATION ~~AND [PROPOSED] ORDER~~
                                          )   ~~EXCLUDING TIME UNDER 18 U.S.C. § 3161~~
18    v.                                  )
                                          )   ORDER DENYING REQUEST FOR
19 EDGAR RAMIREZ-GUILLEN,                 )   CONTINUANCE
                                          )
20                                        )
           Defendant.                     )
21 _____ )

22

23         On May 19, 2010, the parties appeared before the Court for status.  At that time the

24 government was in the process of filtering an audio recording of a key appearance in the

25 defendant's deportation proceeding.  The recording has been filtered and has been made available

26 to the defense.  Although the parties can now hear what was said at the key appearance, there is

27 no agreement as to the legal implications of the proceedings.  Therefore, the parties request that

28 the matter be continued until June 23, 2010, to afford the parties time to come to a resolution in

STIP. & [PROPOSED] ORDER EXCL. TIME
RAMIREZ-GUILLEN; CR 10-0157 MMC                                                              1

this matter, or, in the event no agreement can be reached, set a motions briefing schedule.

The parties agree that the time between June 2, and June 23, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 2, 2010          /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: June 2, 2010          /s/
RONALD TYLER
Attorney for EDGAR RAMIREZ-GUILLEN

~~For the reasons stated above, the Court finds that the exclusion of time between June 2 and June 23, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv).~~

The request for a continuance is hereby DENIED as untimely, and, based on the letter accompanying said request, scheduling issues may need to be addressed at today's proceding. SO ORDERED.

DATED: June 2, 2010

HONORABLE MAXINE M. CHESNEY
United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
RAMIREZ-GUILLEN; CR 10-0157 MMC                    2